UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. THOMAS MARTINEZ　　　　　　　　DOCKET NO.: 20-cr-331-GC

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum　　　　　　　　( ) Ad Testificandum

1. **Thomas Martinez:** SBI# 335468C; DOB 01/23/1979 (hereinafter the "Detainee") is now confined at:

**SOUTH WOODS STATE PRISON**
215 Burlington Road South
Bridgeton, NJ 08302

2. The Detainee is charged in this District by: ( X ) Indictment　　( ) Information　　( ) Complaint with violations of Title 21, United States Code, Section 846.

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at Clarkson S. Fisher Federal Building and United States Courthouse, before the Hon. Georgette Castner, U.S.D.J. on **Tuesday, September 9th, 2025 at 10:00 a.m.**, for a Violation of Supervised Release Hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: August 4, 2025

　　　　　　　　　　　　　　　　　　　　　　*/s/ Eric Suggs*
　　　　　　　　　　　　　　　　　　　　　　ERIC SUGGS
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Petitioner

## ORDER

Let the Writ Issue.

DATED: 8/5/25

*[signature]*
HON. GEORGETTE CASTNER, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of:

**SOUTH WOODS STATE PRISON**
215 Burlington Road South
Bridgeton, NJ 08302

WE COMMAND YOU that you have the body of

**THOMAS MARTINEZ**

now confined at the SOUTH WOODS STATE PRISON, brought before the United States District Court, the HON. GEORGETTE CASTNER, U.S.D.J. in the Clarkson S. Fisher Federal Building and U.S. Courthouse, Trenton, New Jersey, on **September 9th, 2025 at 10:00 a.m.**, for a Violation of Supervised Release Hearing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Georgette Castner
United States District Judge
Trenton, New Jersey.

DATED: 8/5/25

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: *[signature]*
Deputy Clerk